**FINKELSTEIN THOMPSON LLP**
Rosemary M. Rivas (209147)
505 Montgomery Street, Suite 300
San Francisco, CA 94111
Phone: (415) 398-8700
Fax: (412) 398-8704
Email: rrivas@finkelsteinthompson.com

**BRAUN LAW GROUP**
Michael D. Braun (167416)
10680 W. Pico Boulevard, Suite 280
Los Angeles, CA 90064
Phone: (310) 836-6000
Fax: (310) 836-6010
Email: mdb@braunlawgroup.com

**LAW OFFICE OF JANET LINDNER SPIELBERG**
Janet Lindner Spielberg (221926)
12400 Wilshire Boulevard, Suite 400
Los Angeles, CA 90025
Phone: (310) 392-8801
Fax: (310) 836-6010
Email: jlspielberg@ jlslp.com

*Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANEE THURSTON, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEAR NAKED, INC.,<br><br>Defendant. | Case Number: 11 CV 2890-H (BGS)<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PROVISIONAL CERTIFICATION OF SETTLEMENT CLASS AND APPROVAL OF PROCEDURE FOR AND FORM OF NOTICE; PROOF OF SERVICE**<br><br>Judge: Hon. Marilyn L. Huff<br>Date: May 27, 2014<br>Time: 3:00 p.m.<br>Ctrm: 15A |

# NOTICE OF MOTION AND MOTION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on May 27, 2014, at 3:00 p.m., in Courtroom 15A of the above-referenced Court, located at 333 West Broadway, San Diego, California, 92101, pursuant to Fed. R. Civ. P. 23(e), Plaintiff Chanee Thurston ("Plaintiff") will and hereby does move this Court for an order granting preliminary approval of the Stipulation of Settlement reached by the parties, granting provisional certification of the Settlement Class, and approving procedure and form of notice.  This motion is based on this notice of motion and motion, the accompanying memorandum of points and authorities, the Stipulation of Settlement, the files and records in this case, and such argument and further filings and evidence as this Court may receive on this motion.

Dated:  May 2, 2014                              Respectfully submitted,

**FINKELSTEIN THOMPSON LLP**

By:  /s/ Rosemary M. Rivas
        ROSEMARY M. RIVAS

505 Montgomery Street, Suite 300
San Francisco, CA  94111
Telephone:  (415) 398-8700
Facsimile:   (415) 398-8704
Email:   rrivas@finkelsteinthompson.com

**BRAUN LAW GROUP**

By:  /s/ Michael Braun
        MICHAEL BRAUN

10680 W. Pico Boulevard, Suite 280
Los Angeles, CA 90064

1

Phone: (310) 836-6000
Fax: (310) 836-6010
Email: mdb@braunlawgroup.com

**LAW OFFICE OF JANET LINDNER SPIELBERG**

By: /s/ Janet Lindner Spielberg
     JANET LINDNER SPIELBERG

12400 Wilshire Boulevard, Suite 400
Los Angeles, CA 90025
Phone: (310) 392-8801
Fax: (310) 836-6010
Email: jlspielberg@jlslp.com

*Co-Lead Class Counsel*

# PROOF OF SERVICE

STATE OF CALIFORNIA                )
                                   )ss.:
COUNTY OF SAN FRANCISCO            )

I am employed in the county of San Francisco, California, I am over the age of 18 and not a party to the within action; my business address is 505 Montgomery Street, Suite 300, San Francisco, CA 941111.

On May 2, 2014 a copy of the within document(s):

**NOTICE OF MOTION & MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PROVISIONAL CERTIFICATION OF SETTLEMENT CLASS AND APPROVAL OF PROCEDURE**

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PROVISIONAL CERTIFICATION OF SETTLEMENT CLASS AND APPROVAL OF PROCEDURE**

[X] **BY ELECTRONIC TRANSMISSION USING THE COURT'S ECF SYSTEM:** I caused the above document(s) to be transmitted by electronic mail to those ECF registered parties listed on the Notice of Electronic Filing (NEF) pursuant to Fed.R.Civ.P. 5(d)(1) and by first class mail to those non-ECF registered parties listed on the Notice of Electronic Filing (NEF). *"A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P. 5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."*

Executed on May 2, 2014, at San Francisco, California.

                    s/Rosemary M. Rivas
                    Rosemary M. Rivas

3

CASE NO.:  11-cv-2890-H (BGS)          Notice of Motion and Motion For Preliminary Approval of Class Action Settlement