Michael D. Braun (167416)
**BRAUN LAW GROUP, P.C.**
10680 West Pico Boulevard, Suite 280
Los Angeles, CA 90064
Tel: (310) 836-6000
Fax: (310) 836-6010
E-mail: service@braunlawgroup.com

Janet Lindner Spielberg (221926)
**LAW OFFICES OF JANET LINDNER SPIELBERG**
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Tel: (310)392-8801
Fax: (310)278-5938
E-mail: jlspielberg@jlslp.com

Rosemary M. Rivas (209147)
**FINKELSTEIN THOMPSON LLP**
Rosemary M. Rivas (SBN 209147)
505 Montgomery Street, Suite 300
San Francisco, CA 94111
Phone: (415) 398-8700
Fax: (412) 398-8704
Email: rrivas@finkelsteinthompson.com

*Attorneys for Plaintiffs and the Class*

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**CHANEE THURSTON, LAWRENCE G. KNOWLES, III, and MILAN BABIC, on behalf of themselves and all others similarly situated,**

**Plaintiffs,**

**v.**

**BEAR NAKED, INC.,**

**Defendant.**

CASE NO. 11 CV 2890-H (BGS)

CLASS ACTION

**DECLARATION OF WYATT A. LISON IN SUPPORT OF PLAINTIFF'S COUNSEL'S REQUEST FOR REIMBURSEMENT OF EXPENSES; AND PLAINTIFF INCENTIVE AWARD**

Hon. Marilyn L. Huff

Date: September 2, 2014
Time: 10:30 a.m.
Location: Courtroom 15A.

I, Wyatt A. Lison, hereby declare as follows:

1. I am an attorney at law, admitted to practice *pro hac vice* before the United States District Court for the Southern District of California in this action, and I am a senior associate with the law firm Feinstein Doyle Payne & Kravec, LLC.

2. Joseph N. Kravec, Jr., partner with Feinstein Doyle Payne & Kravec, LLC, was appointed co-lead counsel for the Certified Class in this action, but subsequently withdrew as Class Counsel prior to the settlement of this action. Dkt. No. 157.

3. This Declaration is submitted in support Plaintiff's Counsel's Motion for Reimbursement of Expenses and Plaintiff Incentive Award. I make this declaration based upon personal knowledge, unless otherwise indicated.

4. Attorneys and staff at Feinstein Doyle Payne & Kravec, LLC ("FDPK") investigated the facts and legal bases underlying this action, drafted the original complaint for Chanee Thurston and Lawrence G. Knowles, III that was filed in the United States District Court for the Northern District of California, and drafted the Consolidated Amended Complaint filed with this Court.

5. FDPK took a lead role in successfully opposing Defendant Bear Naked Inc.'s motion to dismiss the Consolidated Amended Complaint, and in successfully moving for class certification. Mr. Kravec of FDPK successfully argued these motions on Plaintiff's behalf.

6. FDPK took a lead role in discovery in terms of: a) propounding requests for documents and interrogatories on Defendant; b) taking depositions of Defendant's witnesses and expert; c) working with Plaintiffs in responding to Defendant's requests and interrogatories; d) preparing and defending Plaintiffs in their depositions; e) propounding third-party subpoenas and taking discovery of several third-party manufacturers of the ingredients at issue; and f) consulting with and retaining experts for the purpose of class certification and to prove Plaintiffs' claims at trial.

7. The total number of hours expended on this litigation by FDPK from inception through July 25, 2014 is 275.5 hours. The total lodestar to date for FDPK is

$132,225. The lodestar calculation is based on FDPK's current billing rates. For personnel who are no longer employed by FDPK, the lodestar calculation is based upon the billing rates for such personnel in his or her final year of employment by FDPK. The calculation was prepared from contemporaneous, daily time records prepared and maintained by my firm. The hourly rates are the same as the usual and customary hourly rates charged for services in other actions. I understand from conversations with Class Counsel that they are not requesting reimbursement of any attorneys' fees as part of the Settlement.

8. The table below is a summary of FDPK's expenses incurred in the prosecution of this matter totaling $40,987.48.

| **Category** | **Amount** |
|---|---|
| Experts & Consultants | $ 28,800.71 |
| Computer & Other Research Fees (Lexis/Westlaw/Bloomberg) | 225.81 |
| Copying | 1,373.75 |
| Courier, Postage & Overnight Delivery Services | 663.30 |
| Court Filing/Service Fee(s) | 1,819.45 |
| Services (several completed survey reports purchased from third parties) | 2,625.00 |
| Travel Expenses (including hotels, meals & transportation) | 3,931.40 |
| Court Reporters/Transcripts | 1,548.06 |
| **TOTAL** | **$ 40,987.48** |

9. There is an additional approximately $8,100 in outstanding costs charged by Nathan Associates Inc., Plaintiff's economics expert, that was a necessary expenditure associated with the prosecution of this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 28th day of July, 2014, in Pittsburgh, Pennsylvania.

s/ Wyatt A. Lison
Wyatt A. Lison